1044

[No. 28241-7-I.   Division One.   October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNIE E. COFFEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-06465-6, Terrence A. Carroll, J., entered March 19, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 29073-8-I.   Division One.   October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD M. HEIDEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00037-3, James H. Allendoerfer, J., entered August 8, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 30705-3-I.   Division One.   October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLISON MANN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-00156-1, Stephen M. Gaddis, J. Pro Tem., entered April 27, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 30706-1-I.   Division One.   October 25, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DANA RONALD GROVES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-00440-4, Bobbe J. Bridge, J., entered April 15, 1992. *Dismissed* by unpublished per curiam opinion.